# Exhibit B

| | |
|---|---|
| Document title: | Investor Barry Honig Target of SEC MGT Capital Subpoena |
| Capture URL: | http://webcache.googleusercontent.com/search?q=cache:sYmEubfKACEJ:www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/+&amp;cd=1&amp;hl=en&amp;ct=clnk&amp;gl=us |
| Captured site IP: | 173.194.66.132 |
| Page loaded at (UTC): | Fri, 23 Sep 2016 21:44:27 GMT |
| Capture timestamp (UTC): | Fri, 23 Sep 2016 21:44:58 GMT |
| Capture tool: | v4.3.1 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 12 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/204355 |
| User: | harder-user3 |

This is Google's cache of http://www.teribuhl.com/2016/09/23/investor-barry-honig-target-of-sec-mgt-capital-subpoena/. It is a snapshot of the page as it appeared on Sep 23, 2016 19:11:24 GMT.
The current page could have changed in the meantime. Learn more

Full version    Text-only version    View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



# TERI BUHL

## SMASHMOUTH INVESTIGATIVE JOURNALISM

**Menu**

# Investor Barry Honig Target of SEC MGT Capital Subpoena

**23 Sep**

Microcap investor Barry C. Honig is the target of an SEC investigation for his role in trading and investing in shares of MGT Capital ($MGT). MGT Capital is trying to complete a reverse merger with famed tech entrepreneur John McAfee. I am reporting *exclusive news* today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was served on them late last week.

Microcap investor Barry C. Honig is the target of an SEC investigation for his role in trading and investing in shares of MGT Capital ($MGT). MGT Capital is trying to complete a reverse merger with famed tech entrepreneur John McAfee. I am reporting exclusive news today for *Growth Capitalist* on what's inside the Securities and Exchange Commission subpoena MGT Capital announced was served on them late last week.

News of the SEC formal demand for answers from the company delighted short sellers to the tune of a 40% drop in MGT's stock this week. The company, currently run by CEO Robert Ladd, says it does not believe the SEC is targeting any of the company executives. But shareholders have expressed doubt this week given the lack of details the company was allowed to disclose about the regulatory investigation. On top that the NYSE, where MGT trades, announced it wouldn't accept the new shares that are set to be issued in the reverse merger with John McAfee's cyber security companies. The national stock exchange was kind of jerk about it because they didn't offer up a reason for the share issuance halt. Unfortunately, it's a big clusterf–k of unknowns for the company and shareholders right now.

But one thing that my reporting makes very clear is the SEC wants to make sure Barry Honig isn't' doing anything shady (or out right illegal) with this company. According to insiders who saw the SEC subpoena, 90% of the regulator's questions are about Honig. I can also confirm Honig has been calling SEC enforcement defense lawyers this week looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story. The central theme of bad behavior is Barry uses other people to run a company he is secretly controlling and

90% of the regulator's questions are about Honig. I can also confirm Honig has been calling SEC enforcement defense lawyers this week looking for representation. I first reported on Honig's alleged illegal actions in my "Attorney Gregg Jaclin blew up his life and got busted for creating a shell factory scheme" story. The central theme of bad behavior is Barry uses other people to run a company he is secretly controlling and pays stock pumpers to tout the company without disclosure.
You can see here in a DOJ plea deal made by one of Honig's puppet CEO's how Honig allegedly runs things behind the scene. This plea deal was first reported and unearthed by me in a story for *Growth Capitalist* in May.

The SEC has never been able to pin anything on Honig. We do see a FINRA action settled against him as a young trader in 2000 when he was working for a questionable PIPE financing firm called Ramius Capital (or Ramius Securities).
On June 14 2000 FINRA said Honig had acted as an affiliate trading with others and hid it by running the trade through two people instead of one.

> *Barry Charles Honig (CRD #2362713, Registered Representative, New York, New York) submitted a Letter of Acceptance, Waiver, and Consent in which he was fined $25,000 and suspended from association with any NASD member in any capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.*



*capacity for 10 business days. Without admitting or denying the allegations, Honig consented to the described sanctions and to the entry of findings that he sought to inappropriately coordinate a trade report to ACT with another market participant as two separate trades instead of one.*

Honig has a SEC deal lawyer, Harvey Kesner at www.srff.com , who has been able to keep the SEC at bay in tons of questionable pump and dump deals Honig invested in. I know from interviewing MGT's executives and reviewing Honig's financing transactions that he wasn't a control person at MGT. CEO Rob Ladd, who use to run a hedge fund, put blockers in Barry's finance deal that don't allow him to own a certain percent of the company. What we don't know is whether Barry teamed up with his favorite investing partner Michael Brauser and acted as an affiliate in trading MGT stock, which blew up to a 700% gain when news of a John McAfee merger was announced in May. Affiliate trading without disclosure is a big SEC no-no, which I explain my story today at www.growthcapitlist.com

For now it's a wait and see as MGT scrambles to get the SEC to clarify to stock exchanges that the reverse merger deal is clean. And market participants sit on the side line to see if the SEC can get the goods to finally charge Barry Honig.

Share this:





No Comments

Share this:



No Comments



Share Your Voice

Comment

Add Your Comment Here



#### Comment

Add Your Comment Here

Name — Type Your Name Here

Email: Not Published — Email Goes Here

Website — Website URL Here

Submit Comment

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Donate with Bitcoin     Donate with PayPal



☐ Notify me of new posts by email.





### Your Voice

**Andrea on**
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

**Kris on**
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

**John on**
Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else

**Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else - The Fraud Site on**
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

**Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else on**
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

Microcap Attorney Jaclin fights SEC fraud case by Blaming Everyone Else
on
Microcap Attorney Jaclin's Co-Conspirator Turned DOJ Witness in Shell Factory Scheme

### State v. Buhl

Learn How Connecticut Wants to Jail Me For Protecting Sources and Squash Speech

**Read More »**

### News I'm Reading

American Banker: Feds Wrongly Demonize Privacy in Digital Currency Case

Keiser Report: Stripped To Teeth – Teri Buhl talks JP Morgan Legal Woes

### Teri Buhl in the News




### Teri Buhl in the News



Keiser Report: Stripped To Teeth (E292)

More Videos

### Trusted News

Christopher Fountain: Best Source of Greenwich,CT News

Ian Fraser: Investigative UK Financial Journalist

On the Case: Alison Frankel

RT Kesier Report







Banksters Behaving Badly
Bitcoin Trends
Correcting the Record
Exclusive News





- Banksters Behaving Badly
- Bitcoin Trends
- Correcting the Record
- Exclusive News
- Financial Shenanigans
- Government Transparency Fail
- Happen in New Canaan
- It Needed Reporting

Back To Top

© 2016 · Built by Motor City Mobility.

