UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BARRY HONIG, an individual,

                      Plaintiff,

v.

TERI BUHL, an individual, and DOES 1-20,

                      Defendants.
------------------------------------------------------------------X

Case No.: 1:16-cv-07477-PGG

       MILO SILBERSTEIN, ESQ., a member of DEALY SILBERSTEIN & BRAVERMAN, LLP, hereby gives notice of his appearance on behalf of Plaintiff Barry Honig, and requests that copies of all motions, notices and other pleadings heretofore or hereafter filed or served in this action be furnished to the undersigned.

Dated: New York, New York
       September 27, 2016

                                      DEALY SILBERSTEIN
                                      & BRAVERMAN, LLP

                                      By: _____
                                        Milo Silberstein (MS4637)
                                        *Attorneys for Plaintiff Barry Honig*
                                        225 Broadway, Suite 1405
                                        New York, New York 10007
                                        (212) 385-0066