UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BARRY HONIG, an individual,

                Plaintiff,

v.

TERI BUHL, an individual, and DOES 1-20,

                Defendants.
-------------------------------------------------------------------------X

Case No.: 1:16-cv-07477-PGG

AMANDA E. MAGUIRE, ESQ., an associate at DEALY SILBERSTEIN & BRAVERMAN, LLP, hereby gives notice of her appearance on behalf of Plaintiff Barry Honig, and requests that copies of all motions, notices and other pleadings heretofore or hereafter filed or served in this action be furnished to the undersigned.

Dated: New York, New York
         September 27, 2016

                                        DEALY SILBERSTEIN
                                        & BRAVERMAN, LLP

                                        By: _____
                                            Amanda E. Maguire (AM1775)
                                        *Attorneys for Plaintiff Barry Honig*
                                        225 Broadway, Suite 1405
                                        New York, New York 10007
                                        (212) 385-0066