Form 42 - DOORMAN WITH MILITARY



**DEALY, SILBERSTEIN & BRAVERMAN, LLP**    DEALY & SILBERSTEIN
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

BARRY HONIG, AN INDIVIDUAL

PLAINTIFF

- vs -

TERI BUHL, AN INDIVIDUAL, ETAL

DEFENDANT

Index No. 16-CV-7477
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**HOWARD COLLADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **14TH** day of **OCTOBER, 2016 10:51AM** at
    **1725 YORK AVENUE, APT. 30G**
    **NEW YORK NY 10128**
I served the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET**
after prior attempts were made on: **09/29/2016, 5:50AM 10/03/2016, 8:49PM** ,
upon **TERI BUHL, AN INDIVIDUAL the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **(JOHN SMITH) (WHO REFUSED FULL NAME), DOORMAN** a person of suitable age and discretion, who refused access to **DEFENDANT** actual apartment, and accepted in accordance with his/her everyday duties.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE** COLOR: **TAN** HAIR: **BLACK** AGE: **38** HEIGHT: **5'8** WEIGHT: **155**

OTHER IDENTIFYING FEATURES

On **10/14/2016** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address . That address being
**the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.
That at the time of service, as aforesaid, I asked the person spoken to whether the **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service of the State of New York or the United States as that term is defined in statutes of the State of New York or the Federal Soldiers and Sailors Civilian Relief Act.
COMMENTS:

Sworn to before me this
14TH day of OCTOBER, 2016

JOSHUA LEE
Notary Public, State of New York
No. 01LE6252924
Qualified in KINGS COUNTY
Commission Expires 12/19/2019

HOWARD COLLADO DCA LIC #1455013
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-DS13-541825

2a