

# Dealy Silberstein & Braverman, LLP

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

William J. Dealy (1946–2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire
Sonali Setia

Jack Weinberg
Of Counsel

November 7, 2016

**VIA ECF**

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:**   **Barry Honig v. Teri Buhl, et al.**
                **Case No.: 16-cv-7477-PGG**

Dear Judge Gardephe:

      This firm, together with Harder Mirell & Abrams LLP, represents Barry Honig, the Plaintiff in the above-referenced action.

      Reference is made to Defendant Teri Buhl's letter to Your Honor dated November 4, 2016. In light of Defendant Buhl's acknowledgement in her letter that she has received the Summons and Complaint, Plaintiff does not object to Defendant Buhl's request for a thirty-day extension of time to respond to the Summons and Complaint for the purpose of retaining counsel.

                                    Respectfully submitted,

                                    Milo Silberstein

MS/am