UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BARRY HONIG, an individual,

                                                                    16 Civ. 7477 (PGG)

                    Plaintiff,

    - against -

TERI BUHL, an individual, and DOES 1-20,

                    Defendants.
---------------------------------------------------------------X

## REQUEST TO ENTER DEFAULT

TO:    RUBY J. KRAJICK, CLERK OF COURT
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

      Plaintiff Barry Honig respectfully requests entry of default, pursuant to Fed. R. Civ. P. 55(a), against Defendant Teri Buhl based upon her failure to respond to the Complaint within the time specified by the Federal Rules, as extended by Judge Gardephe's Order dated November 7, 2016.

      This action was commenced on September 26, 2016 by filing a Summons and Complaint. Thereafter, on October 14, 2016, a copy of the Summons and Complaint, together with the Civil Cover Sheet, was served upon Defendant Buhl by: (i) delivering and leaving true copies of the same with John Smith (doorman who refused full name) at 1725 York Avenue, New York, NY 10128, Defendant's last known residence; and (ii) depositing in the United States mail a true copy of the aforementioned documents addressed to Defendant Buhl at the above-referenced address. An Affidavit of Service, attesting that the foregoing service was completed, was filed with the Court on October 19, 2016.

      On November 3, 2016, Defendant Buhl requested a thirty (30) day extension of time to respond to the Complaint, which was granted by Judge Gardephe in an Order dated November 7,

2016.  Accordingly, Defendant Buhl's response to the Complaint was due on or before December 7, 2016.

To date, Defendant Buhl has failed to answer or otherwise respond to the Complaint.

Pursuant to Local Civil R. 55.1, a proposed Clerk's Certificate of Default is submitted herewith.

Dated: New York, New York
December 8, 2016

Respectfully submitted,

DEALY SILBERSTEIN &
BRAVERMAN, LLP

By: ___/s/ Milo Silberstein_____
Milo Silberstein (MS4637)
*Attorneys for Plaintiff Barry Honig*
225 Broadway, Suite 1405
New York, New York
Tel: (212) 385-0066
Fax: (212) 385-2117
msilberstein@dsblawny.com

HARDER MIRELL
& ABRAMS
Charles J. Harder, Esq.
*Attorneys for Plaintiff Barry Honig*
132 S. Rodeo Drive, Fourth Floor
Beverly Hill, CA 90212
Tel: (424) 203-1600
Fax: (424) 203-1601
charder@hmafirm.com

# CERTIFICATE OF SERVICE

      I, Amanda E. Maguire, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, certify that on December 8, 2016, I served the foregoing Request to Enter Default and the proposed Clerk's Certificate of Default on Defendant Teri Buhl via email, by sending the same to [teribuhl@gmail.com](mailto:teribuhl@gmail.com), and via First Class Mail, by sending the same to the last-known address of the Defendant as indicated below:

Teri Buhl
1725 York Avenue, Apt. 30G
New York, NY 10128

                                            /s/ *Amanda E. Maguire*
                                            Amanda E. Maguire (AM1775)
                                            Dealy Silberstein & Braverman, LLP
                                            *Attorneys for Plaintiff Barry Honig*
                                            225 Broadway, Suite 1405
                                            New York, New York
                                              Tel: (212) 385-0066
                                            Fax: (212) 385-2117

Dated:  New York, New York
           December 8, 2016