USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARRY HONIG, an individual,

              Plaintiff,

- against -

TERI BUHL, an individual, and DOES 1-20,

              Defendants.
------------------------------------------------------------X

16 Civ. 7477 (PGG)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on September 26, 2016 with the filing of a Summons and Complaint;

2. A copy of the Summons and Complaint, together with the Civil Cover Sheet, was served on Defendant TERI BUHL on October 14, 2016 by: (i) delivering and leaving true copies of the same with John Smith (doorman who refused full name) at 1725 York Avenue, New York, NY 10128, Defendant's last known residence; and (ii) depositing in the United States mail a true copy of the aforementioned documents addressed to Defendant Buhl at the above-referenced address; and

3. Proof of service was thereafter filed on October 19, 2016, Doc. # 7.

I further certify that the docket entries indicate that Defendant Buhl has not filed an answer or otherwise moved with respect to the Complaint herein.

The default of Defendant Buhl is hereby noted.

Dated: New York, New York
      8, December, 2016

                                          **RUBY J. KRAJICK**
                                          **Clerk of the Court**

                                          By: _____
                                                        Deputy Clerk