Gardephe, P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARRY HONIG, an individual,

                Plaintiff,

- against -

TERI BUHL, an individual, and DOES 1-20,

                Defendants.
------------------------------------------------------------X

16 Civ. 7477 (PGG)

**ORDER TO SHOW CAUSE**

PAUL G. GARDEPHE, U.S.D.J.:

    Upon the declaration of Milo Silberstein dated December 12, 2016, it is hereby ORDERED that Defendant Teri Buhl show cause before the Hon. Paul G. Gardephe in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York on the 19th day of January, 2017 at 10:45 A.M. why a default judgment should not be entered against Defendant for failing to serve and file an Answer after having been served with the Summons and Complaint herein.

    It is further ORDERED that Plaintiff shall serve by Express Mail a copy of this Order, together with the Plaintiff's supporting declaration and exhibits, on the Defendant, on or before 5:00pm on the 27th day of December, 2016.

    It is further ORDERED that any response by Defendant is to be served and filed by 5:00pm on the 12th day of January, 2017.

Dated: New York, New York
       December 23, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge