**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BARRY HONIG, an individual,

    Plaintiff,

v.

TERI BUHL, an individual, and DOES 1-20

    Defendants

**CASE NO. 1:16-cv-07477-PGG**

**NOTICE OF APPEARANCE**

---

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Sean C. Sheely, of the firm Holland & Knight LLP, hereby appears in the above-captioned action on behalf of Defendant Teri Buhl, and accordingly respectfully requests that he be electronically served (at the e-mail address listed below) with a copy of any future pleadings, filings and submissions to the Court.

Dated: New York, New York
December 28, 2016

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Sean C. Sheely
Sean C. Sheely
New York Bar No. 2604684
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Phone: (212) 513-3538
Fax: (212) 385-9010
sean.sheely@hklaw.com
*Counsel for Defendant Teri Buhl*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of December 2016, a true and accurate copy of the foregoing was served via the Court's CM/ECF system on the following:

Amanda Elizabeth Maguire
Milo Silberstein
Dealy Silberstein & Braverman, LLP
225 Broadway, Suite 1405
New York, NY 10007
(212)-385-0066
Email: amaguire@dsblawny.com

Charles John Harder
Harder Mirell & Abrams LLP
1925 Century Park E, Ste 800
Los Angeles, CA 90067
424-203-1600
Fax: 424-203-4601
Email: charder@hmafirm.com

                                                                    /s/ Sean C. Sheely