UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARRY HONIG, an individual,

    Plaintiff,

v.

TERI BUHL, an individual, and DOES 1-20

    Defendants

---

CASE NO. 1:16-cv-07477-PGG

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Charles D. Tobin, of the firm Holland & Knight LLP, hereby appears in the above-captioned action on behalf of Defendant Teri Buhl, and accordingly respectfully requests that he be electronically served (at the e-mail address listed below) with a copy of any future pleadings, filings and submissions to the Court.

Dated: New York, New York
December 28, 2016

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Charles D. Tobin
Charles D. Tobin
800 17th Street, NW, Suite 1100
Washington, D.C. 20006
(202) 419-2539 (telephone)
(202) 955-5564 (fax)
charles.tobin@hklaw.com
*Counsel for Defendant Teri Buhl*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 28th day of December 2016, a true and accurate copy of the foregoing was served via the Court's CM/ECF system on the following:

Amanda Elizabeth Maguire
Milo Silberstein
Dealy Silberstein & Braverman, LLP
225 Broadway, Suite 1405
New York, NY 10007
(212)-385-0066
Email: amaguire@dsblawny.com

Charles John Harder
Harder Mirell & Abrams LLP
1925 Century Park E, Ste 800
Los Angeles, CA 90067
424-203-1600
Fax: 424-203-4601
Email: charder@hmafirm.com

                                                  /s/ Charles D. Tobin
                                                  Charles D. Tobin