Gardephe, P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/17

BARRY HONIG, an individual,

    Plaintiff,

v.

TERI BUHL, an individual, and DOES 1-20

    Defendants

CASE NO. 1:16-cv-07477-PGG

STIPULATION AND JOINT REQUEST FOR ADJOURNMENT

    Plaintiff Barry Honig and Defendant Teri Buhl (collectively, the "Parties") hereby stipulate and agree, through their undersigned counsel, that the Clerk's Certificate of Default as to Teri Buhl (Dkt. 13), entered on December 8, 2016, shall be vacated and Plaintiff Barry Honig's Order to Show Cause for a default judgment, which was signed by the Hon. Paul G. Gardephe on December 23, 2016, is hereby resolved.

    The Parties also stipulate and agree that the time for Defendant Teri Buhl to respond to Plaintiff's Complaint is extended from December 7, 2016 to January 23, 2017. Defendant Teri Buhl filed an earlier request for an extension with the Court on November 3, 2016, prior to retaining counsel. That request was granted on November 7, 2016. Undersigned counsel for Defendant has recently been retained and requests this extension in order to respond to Plaintiff's Complaint. Defendant Teri Buhl waives any defense regarding improper service of process.

    In light of the agreed-upon extension of time for Defendant to respond to Plaintiff's Complaint, the Parties jointly request an adjournment of the pretrial conference currently

scheduled for January 5, 2016 until after the deadline for Defendant to respond to Plaintiff's Complaint. Counsel for the Parties are available to attend a pretrial conference on January 26, 2017 or on February 2, 2017.

Dated: December 29, 2016

| HARDER MIRELL & ABRAMS LLP | HOLLAND & KNIGHT LLP |
|---|---|
| By: *[signature]* <br> Charles J. Harder, Esq. <br> 132 S. Rodeo Drive, Fourth Floor <br> Beverly Hills, California 90212 <br> (424) 203-1600 | By: *[signature]* <br> Sean C. Sheely <br> 31 West 52nd Street <br> New York, New York 10019 <br> (212) 513-3200 |
| Milo Silberstein, Esq <br> Dealy Silberstein & Braverman, LLP <br> 225 Broadway, Suite 1405 <br> New York, New York 10007 <br> (212) 385-0666 | Charles D Tobin <br> 800 17th Street, NW, Suite 1100 <br> Washington, D C. 20006 <br> (202) 419-2539 |
| *Counsel for Plaintiff Barry Honig* | *Counsel for Defendant Teri Buhl* |

The Clerk's certificate of default is vacated
The Conference is adjourned to Jan. 26, 2017 at 10:15 a.m.

**SO ORDERED:**

_____   Jan. 3, 2017
**U.S.D.J.**

2