# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

BARRY HONIG, an individual,

                                Plaintiff,

      -against-

TERI BUHL, an individual, and DOES 1-20,

                                Defendant.

16\_\_\_ Civ. 7477_____ ( PGG )

## MOTION FOR ADMISSION

## PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jordan Susman hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Barry Honig in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

Respectfully Submitted,

_____

Applicant Signature: _____

Applicant's Name: Jordan Susman_____

Firm Name: Harder Mirell & Abrams LLP_____

Address: 132 S Rodeo Drive, Fourth Floor_____

City/State/Zip: Beverly Hills, California 90212_____

Telephone/Fax: 424.203.1600/424.203.1601_____

Email: JSusman@hmafirm.com_____