UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY HONIG, an individual,

                  Plaintiff,

-against-

TERI BUHL, an individual, and DOES 1-20,

                  Defendant.

16 cv 7477 ( PGG )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Jordan Susman__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows (please print):

    Applicant's Name: __Jordan Susman__

    Firm Name: __Harder Mirell & Abrams LLP__

    Address: __132 S Rodeo Drive, Fourth Floor__

    City / State / Zip: __Beverly Hills, California 90212__

    Telephone / Fax: __424.203.1600/424.203.1601__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff Barry Honig__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                        _____

                                                        United States District / Magistrate Judge