UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
BARRY HONIG, an individual,

                      Plaintiff,

- Against

TERI BUHL, an individual, and DOES 1-20,

                      Defendants.
--------------------------------------------------------------- X

16 Civ. 7477 (PGG)

**CORRECTED PRO HAC VICE MOTION TO ADMIT COUNSEL**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern District of New York, Jordan Susman, of Harder Mirell & Abrams LLP, 132 S Rodeo Drive, Fourth Floor, Beverly Hills, California 90212, (424) 203-1600 / (424) 203-1601, jsusman@hmafirm.com, hereby move this Court for an Order allowing the admission to practice *pro hac vice* to appear as counsel for Plaintiff Barry Honig.

I am a member in good standing of the Bar in the State of California. There are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

                      Respectfully submitted,

                      HARDER MIRELL & ABRAMS LLP

                      _____
                      Jordan Susman
                      132 S. Rodeo Drive, Fourth Floor
                      Beverly Hills, California 90212
                      (424) 203-1600
                      (424) 203-1601 (Fax)
                      *Counsel for Plaintiff Barry Honig*

{00076953;1}

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

BARRY HONIG, an individual,

                      Plaintiff,

- Against

TERI BUHL, an individual, and DOES 1-20,

                      Defendants.

16 Civ. 7477 (PGG)

------------------------------------------------------------ X

State of New York    )
                            )   ss:
County of New York  )

I, Jordan Susman, affirm under penalty of perjury as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jordan Susman as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of California, and was admitted to practice law in December 2006.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I am Of Counsel at Harder Mirell & Abrams LLP, 132 S Rodeo Drive, Fourth Floor, California 90212.

7. I am a skilled attorney and a person of integrity. I have experience in Federal practice and am familiar with the Federal Rules of procedure.

8. Attached hereto is Exhibit A is my certificate of good standing bearing the raised seal of the Supreme Court of California.

9. I respectfully submit a proposed order granting the admission of Jordan Susman, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Jordan Susman *pro hac vice*, to represent Plaintiff in the above mentioned matter, be granted.

Respectfully submitted,

HARDER MIRELL & ABRAMS LLP

_____
Jordan Susman
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
(424) 203-1600
(424) 203-1601 (Fax)
*Counsel for Plaintiff Barry Honig*

**EXHIBIT A**



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JORDAN DAVID SUSMAN*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JORDAN DAVID SUSMAN, #246116, was on the 4th day of December, 2006, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 4th day of January, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
J. Hunter, Senior Deputy Clerk

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BARRY HONIG, an individual,

                Plaintiff,

- Against

TERI BUHL, an individual, and DOES 1-20,

                Defendants.
-------------------------------------------------------------- X

16 Civ. 7477 (PGG)

## [PROPOSED] ORDER TO GRANTING ADMISSION OF COUNSEL PRO HAC VICE

Upon the motion submitted by Plaintiff's attorney, Amanda Maguire:

IT IS HEREBY ORDERED that

Jordan Susman of Harder Mirell & Abrams LLP, 132 S Rodeo Drive, Fourth Floor, California 90212, (424) 203-1600 / (424) 203 – 1601 is admitted to practice *pro hac vice* as counsel for Plaintiff, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____             _____
                                                                           United States District Judge