UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BARRY HONIG, an individual,

                                                                               16 Civ. 7477 (PGG)

              Plaintiff,

- Against

TERI BUHL, an individual, and DOES 1-20,

              Defendants.
------------------------------------------------------------- X

**[PROPOSED] ORDER TO GRANTING ADMISSION OF COUNSEL PRO HAC VICE**

Upon the motion submitted by Plaintiff's attorney, Amanda Maguire:

IT IS HEREBY ORDERED that

Jordan Susman of Harder Mirell & Abrams LLP, 132 S Rodeo Drive, Fourth Floor, California 90212, (424) 203-1600 / (424) 203 – 1601 is admitted to practice *pro hac vice* as counsel for Plaintiff, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____      _____
                                                    United States District Judge