USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 20, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY HONIG, an individual,

                    Plaintiff,

- against -

TERI BUHL, an individual, and DOES 1-20,

                    Defendants.

**ORDER**

16 Civ. 7477 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for January 26, 2017 is adjourned to **February 2, 2017 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         January 20, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge