

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

William J. Dealy (1946–2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire
Sonali Setia

Jack Weinberg
Of Counsel

January 24, 2017

**VIA ECF & FACSIMILE – (212) 805-7986**

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Barry Honig v. Teri Buhl, et al.**
             Case No.: 16-cv-7477-PGG

Dear Judge Gardephe:

    This firm, together with Harder Mirell & Abrams LLP, represents Barry Honig, the Plaintiff in the above-referenced action.

    Due to a conflict, Charles J. Harder, Esq., Plaintiff's principal trial counsel, is unable to attend the Initial Conference, which is currently scheduled for February 2, 2017. Accordingly, Plaintiff respectfully requests that the Initial Conference be rescheduled for Wednesday, February 1, 2017 at a time convenient for the Court.

    Defendant's counsel has consented to this request.

                                          Respectfully submitted,

                                          DEALY SILBERSTEIN &
                                          BRAVERMAN, LLP

                                          By: /s/ *Milo Silberstein*_____
                                                Milo Silberstein

MS/am
Cc:    Counsel of Record (via ECF)