**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BARRY HONIG, an individual,

    Plaintiff,

v.

TERI BUHL, an individual, and DOES 1-20

    Defendants

**CASE NO. 1:16-cv-07477-PGG**

**NOTICE OF APPEARANCE**

---

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Christine N. Walz, of the firm Holland & Knight LLP, hereby appears in the above-captioned action on behalf of Defendant Teri Buhl, and accordingly respectfully requests that he be electronically served (at the e-mail address listed below) with a copy of any future pleadings, filings and submissions to the Court.

Dated: New York, New York
       January 31, 2016

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Christine N. Walz
Christine N. Walz
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Phone: (212) 513-3368
Fax: (212) 385-9010
christine.walz@hklaw.com
*Counsel for Defendant Teri Buhl*

# CERTIFICATE OF SERVICE

  I hereby certify that, on this 31st day of January 2017, a true and accurate copy of the foregoing was served via the Court's CM/ECF system on the following:

Amanda Elizabeth Maguire
Milo Silberstein
Dealy Silberstein & Braverman, LLP
225 Broadway, Suite 1405
New York, NY 10007
(212)-385-0066
Email: amaguire@dsblawny.com

Charles John Harder
Jordan Susman
Harder Mirell & Abrams LLP
1925 Century Park E, Ste 800
Los Angeles, CA 90067
424-203-1600
Fax: 424-203-4601
Email: charder@hmafirm.com
Email: jsusman@hmafirm.com

               /s/ Christine N. Walz