USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY HONIG, an individual,

        Plaintiff,

- against -

TERI BUHL, an individual, and DOES 1-20,

        Defendants.

**ORDER**

16 Civ. 7477 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion is due on **February 10, 2017**;

2. Plaintiff's opposition is due on **February 24, 2017**; and

3. Defendant's reply, if any, is due on **March 3, 2017**.

Discovery will be stayed pending resolution of Defendant's motion to dismiss.

Dated: New York, New York
       February 2, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge