**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
BARRY HONIG, an individual,

       Plaintiff,

  v.

TERI BUHL, an individual, and DOES 1-20,

       Defendants.
------------------------------------------------------------ X

16 Civ. 7477 (PGG)

NOTICE OF VOLUNTARY DISMISSAL

    NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff Barry Honig voluntarily dismisses the above-captioned action without prejudice

Dated: February 8, 2017

HARDER MIRELL & ABRAMS LLP

By: _____

Charles J. Harder, Esq.
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
(424) 203-1600
(424) 203-1601 (Fax)

Milo Silberstein, Esq.
225 Broadway, Suite 1405
New York, New York
(212) 385-0066
(212) 385-2117 (Fax)

*Counsel for Plaintiff Barry Honig*

{00077684;2}

## CERTIFICATE OF SERVICE

      I hereby certify that on the February 8, 2017, a copy of the foregoing Notice of Voluntary Dismissal served through the ECF system for the above-entitled case, to:

Sean C. Sheely, Esq.
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019

Charles D. Tobin, Esq.
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, D.C. 20006

*Counsel for Defendant Teri Buhl*

Milo Silberstein, Esq.
Dealy Silberstein & Braverman, LLP
225 Broadway, Suite 1405
New York, New York 10007

*Counsel for Plaintiff Barry Honig*

_____
Charles Harder, Esq.